IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| SUE LAMBERT PARKER,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>UNITED STATES OF AMERICA INDIAN HEALTH SERVICE, LAURIE A. GERHARD, and JOHN DOE 1 – 7,<br><br>　　　　　Defendants. | CV 17-109-GF-BMM-JTJ<br><br>ORDER |

The Court, having reviewed the Unopposed Motion to Dismiss Defendants Indian Health Service, Laurie A. Gerhard, and John Does 1-7, and finding good cause therefor pursuant to the Federal Employees Liability Reform and Tort Compensation Act, 28 U.S.C. § 2679(a), orders as follows:

IT IS HEREBY ORDERED that, pursuant to the provisions of 28 U.S.C. § 2679(a), the claims asserted in Plaintiff's Complaint (Doc. 1) are dismissed with respect to Indian Health Service, Laurie A. Gerhard, and John Does 1-7 on the grounds that the exclusive remedy for those claims is an action against the United States.

IT IS FURTHER ORDERED that the caption of this action shall be amended to remove Indian Health Service, Laurie A. Gerhard, and John Does 1-7 as defendants.

DATED this 9th day of April, 2018.

/s/ Brian Morris
Brian Morris
United States District Court Judge