IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| SUE LAMBERT PARKER, | CV-17-109-GF-JTJ |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Upon Motion by Plaintiff, Doc. 10, and with good cause shown, IT IS HEREBY ORDERED that Plaintiff's motion to appear at the June 5, 2018 preliminary pretrial conference by telephone is GRANTED. ALL PARTIES will appear at the pretrial conference by telephone. The Court will contact the parties with the call-in number.

DATED this 1st day of May, 2018.

John Johnston
United States Magistrate Judge